

**FILED**
CLERK, U.S. DISTRICT COURT
August 1, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES,<br><br>      Plaintiff,<br><br>  v.<br><br>DANIEL DANISON, AN INDIVIDUAL; and DOES 1-10,<br><br>      Defendants. | Case No.: 2:21-cv-00083-SB-MRW<br><br>*Hon. Stanley Blumenfeld, Jr*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: January 6, 2021<br>Trial Date:   Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendant Daniel Danison is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  July 31, 2021



Hon. Stanley Blumenfeld, Jr
United States District Judge